JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNATHAN CRUZ, an individual, on his own behalf and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PROGRESSIVE CASUALTY INSURANCE COMPANY, UNITED FINANCIAL CASUALTY COMPANY, and DOES 2-20,<br><br>Defendants. | **CASE NO. 2:20-cv-10966**<br>*(Assigned for all purposes to Hon. Dale Fischer Courtroom 7D)*<br><br>**ORDER DISMISSING ACTION**<br><br>*(Filed Concurrently with Stipulated Dismissal)*<br><br>Complaint filed: June 15, 2020 |

**ORDER**

Pursuant to the stipulation of the parties, and good cause appearing, IT IS HEREBY ORDERED that this action is hereby dismissed in its entirety and with prejudice as to Plaintiff's individual claims, and without prejudice as to any claims by the putative, uncertified class alleged by Plaintiff.

IT IS SO ORDERED.

DATED: May 14, 2021

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE